IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM LEWIS and MICHAEL CRISPIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNIVERSITY AND WHIST CLUB OF WILMINGTON, a Delaware corporation, and JOHN HYNANSKY, in his individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-00115-MN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiffs William Lewis and Michael Crispin and Defendants The University and Whist Club of Wilmington and John Hynansky, by their undersigned counsel, and hereby stipulate to the dismissal of all claims with prejudice, each party bearing their own fees and costs.

/s/ RONALD G. POLIQUIN, ESQUIRE #4447
RONALD G. POLIQUIN, ESQUIRE #4447
1475 S. Governors Avenue
Dover, Delaware  19904
(302) 229-2430
**Counsel for Plaintiffs**

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware  19801
(302) 652-0505
**Counsel for Defendants**

**DATED:   March 2, 2021**

SO ORDERED this 3rd day of March 2021.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge